FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCUS JAMES JONES,

Defendant.

No. 2:19-CR-00011-SAB-1

ORDER FOLLOWING ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT AND HEARING FOR TEMPORARY FURLOUGH

**MOTION DENIED**
**(ECF No. 78)**

At Defendant's May 20, 2019, arraignment based on a Second Superseding Indictment, Defendant appeared, in custody, with Attorney Bevan Maxey. Assistant U.S. Attorney Richard Barker represented the United States.

Defendant was advised of, and acknowledged, his rights. On his plea of not guilty, Defendant is bound over to the United States District Court for trial.

The Court also held a hearing on Defendant's motion to be furloughed for approximately forty-eight hours, to attend his son's high school graduation. The Court considered the argument of counsel, and the memoranda filed by both parties including Declaration of Bevan Maxey in Support of Motion for Furlough, **ECF No. 79**, and the Response to Motion by USA, **ECF No. 80**.

After two detention hearings in this Court, and a review by the district judge assigned to the case, this Court finds that the circumstances supporting detention noted by both judges, **ECF 20**, **59** and **70,** continue to support detention.

**IT IS ORDERED** the Defendant's Motion for Furlough, **ECF No. 78**, is **DENIED**. Defendant is remanded to the custody of the U.S. Marshal until further order of the Court.

**IT IS SO ORDERED.**

DATED May 20, 2019.




JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE